UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,       CASE NO.  11-60145-CR-DIMITROULEAS

    Plaintiff,

vs.

KIMBERLY MACKEY,

    Defendant.
_____/

**O R D E R**

    THIS CAUSE is before the Court on Defendant's October 18, 2011 Sentencing Memorandum [DE-78].  The Court heard arguments on November 3, 2011 on Defendant's request for a downward departure/variance.  Said request is Granted for the reasons set forth on the record.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of November, 2011.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record